*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| Date | RICO Enterprise Members | Description | Complaint Reference |
|---|---|---|---|
| August 21, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Sabah* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 360–361 |
| August 23, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Sabah* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 362 |
| September 2, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 379 |
| September 3, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the | ¶ 346–347 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | |
|---|---|---|---|
| | | purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. | |
| September 4, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Sabah* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 363 |
| September 7, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 348 |
| September 9, 2016 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 349 |
| September 9, 2016 | KORKMAZ | These RICO Enterprise Members devised a scheme to obtain | ¶ 317–322 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | |
|---|---|---|---|
| | J. KINGSTON<br>WASHAKIE<br>NOIL ENERGY<br>SBK TURKEY<br>SBK USA | BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted a press release to be issued by the Turkish Prime Ministry Investment Agency (ISPAT) by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | |
| September 23, 2016 | KORKMAZ<br>ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Sozcu Gazetesi* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 364–365 |
| October 6, 2016 | KORKMAZ<br>ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 354–355 |
| October 25, 2016 | KORKMAZ<br>ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 356 |
| November 18, 2016 | KORKMAZ | These RICO Enterprise Members conspired to devise a scheme to | ¶ 357–358 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

|  | ALPTEKIN | obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Takvim* to publish a defamatory article related to Dr. Ayasli and BoraJet. |  |
|---|---|---|---|
| December 1, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 395, 399–404 |
| December 2, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 399–404 |
| December 4, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 399–404 |
| December 11, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 399–404 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| Date | Parties | Description | Reference |
|---|---|---|---|
| December 25, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 399–404 |
| December 28, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 399–404 |
| December 29, 2016 | AKOL<br>KORKMAZ<br>SBK TURKEY | These RICO Enterprise Members devised a scheme to obtain BoraJet and its related entities by means of false or fraudulent representations and caused to be transmitted an email from AKOL to Dr. Ayasli and BoraJet personnel, by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 405–408 |
| February 25, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| On or about February 28, 2017 | KORKMAZ<br>MEGA VARLIK | These RICO Enterprise Members devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 426–427 |
| March 2, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | |
|---|---|---|---|
| March 6, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| March 7, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| March 9, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| March 22, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| March 30, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| On or about March 6, 2017 | KORKMAZ MEGA VARLIK | These RICO Enterprise Members devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme. | ¶ 430 |
| In March and April 2017 | BUGARAJ SBK TURKEY KORKMAZ | These RICO Enterprise Members conspired with other members to devise a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be | ¶ 442–443 |

6

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | |
|---|---|---|---|
| | OZKARAMAN | transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused BUGARAJ to deliberately default on BoraJet's trade debt that was both assigned to BURGARAJ under the Agreement but personally guaranteed by Dr. Ayasli | |
| In March and April 2017 | BUGARAJ<br>SBK TURKEY<br>KORKMAZ<br>OZKARAMAN | These RICO Enterprise Members conspired with other members to devise a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused Dr. Ayasli to transfer $28 million USD from his New Hampshire-based bank accounts to pay off loans and lines of credit improperly accelerated or intentionally defaulted on. | ¶ 445–446 |
| April 21, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| April 24, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| April 27, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit | ¶ 450–458 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | | |
|---|---|---|---|---|
| | | | WhatsApp messages—for the purpose of executing such scheme. | |
| April 28, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| April 29, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–459 |
| May 4, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| May 8, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| May 9, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| May 12, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| May 27, 2017 | | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused | ¶ 450–458 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | |
|---|---|---|---|
| | | to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | |
| July 6, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| July 26, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶ 450–458 |
| August 15, 2017 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain money and property from Dr. Ayasli by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Hurriyet* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 548 |
| August 17, 2017 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain money and property from Dr. Ayasli by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Haberturk* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 549 |
| September 22, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused | ¶ 460 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

|  |  |  |  |
|---|---|---|---|
|  |  | to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. |  |
| October 14, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 450–458 |
| October 26, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 450–458 |
| October 30, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 450–458 |
| December 7, 2017 | KORKMAZ ALPTEKIN | These RICO Enterprise Members conspired to devise a scheme to obtain money and property from Dr. Ayasli by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Aksam* to publish a defamatory article related to Dr. Ayasli and BoraJet. | ¶ 550 |
| December 8, 2017 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 450–458 |
| December 27, 2017 | KORKMAZ | These RICO Enterprise Members conspired to devise a scheme to | ¶ 551 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | |
|---|---|---|---|
| | ALPTEKIN | obtain money and property from Dr. Ayasli by means of false or fraudulent representations and caused to be transmitted by means of wire communication in interstate or foreign commerce writings for the purpose of executing such scheme.<br><br>As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Patronlar Dunyasi* to publish a defamatory article related to Dr. Ayasli and BoraJet. | |
| March 26, 2018 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| March 27, 2018 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| March 28, 2018 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| March 29, 2018 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| March 30, 2018 | KORKMAZ | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |

*Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343*

| | | | | |
|---|---|---|---|---|
| April 5, 2018 | KORKMAZ | | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| April 6, 2018 | KORKMAZ | | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| April 8, 2018 | KORKMAZ | | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| April 9, 2018 | KORKMAZ | | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| April 11, 2018 | KORKMAZ | | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| April 13, 2018 | KORKMAZ | | KORKMAZ devised a scheme to obtain from Dr. Ayasli money and property by means of false or fraudulent representations and caused to be transmitted to Dr. Ayasli by means of wire communication in interstate or foreign commerce, which included writings—to wit WhatsApp messages—for the purpose of executing such scheme. | ¶¶ 577–585 |
| December 20, 2018 | KORKMAZ | | These RICO Enterprise Members conspired to devise a scheme to obtain money and property from Dr. Ayasli by means of false or fraudulent representations and caused to be transmitted by means of | ¶ 553 |

***Appendix A: Predicate Acts of Wire Fraud, 18 U.S.C. § 1343***

|  |  | wire communication in interstate or foreign commerce writings for the purpose of executing such scheme. As an overt act in furtherance of that conspiracy, these RICO Enterprise Members caused *Hurriyet* to publish a defamatory article related to Dr. Ayasli and his business associates. |  |
|---|---|---|---|