*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

| **Date** | **RICO Enterprise Members** | **Description** |
|---|---|---|
| September 9, 2013 | KORKMAZ<br>OZKARAMAN<br>J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>KOMAK<br>SBK TURKEY<br>DERMEN<br>TERMENDZHYAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $4,000,000 to be sent from WASHAKIE to KOMAK, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| September 9, 2013 | KORKMAZ<br>OZKARAMAN<br>J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>KOMAK<br>SBK TURKEY<br>DERMEN<br>TERMENDZHYAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $5,000,000 to be sent from WASHAKIE to KOMAK, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| September 12, 2013 | KORKMAZ<br>OZKARAMAN<br>J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>KOMAK<br>SBK TURKEY<br>DERMEN<br>TERMENDZHYAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $4,999,964 to be sent from KOMAK to SPEEDY LION, an entity controlled by RICO Enterprise Members DERMEN and TERMENDZHYAN, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  |  |  |
|---|---|---|
|  |  | location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| September 17, 2013 | KORKMAZ OZKARAMAN J. KINGSTON I. KINGSTON WASHAKIE KOMAK SBK TURKEY DERMEN TERMENDZHYAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $1,999,964 to be sent from KOMAK to SPEEDY LION, an entity controlled by RICO Enterprise Members DERMEN and TERMENDZHYAN, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| September 19, 2013 | KORKMAZ OZKARAMAN J. KINGSTON I. KINGSTON WASHAKIE KOMAK SBK TURKEY DERMEN TERMENDZHYAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $1,999,964 to be sent from KOMAK to SPEEDY LION, an entity controlled by RICO Enterprise Members DERMEN and TERMENDZHYAN, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| November 13, 2013 | KORKMAZ OZKARAMAN J. KINGSTON I. KINGSTON WASHAKIE KOMAK SBK TURKEY | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $10,000,000 to be sent from WASHAKIE to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  | DERMEN TERMENDZHYAN | activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
|---|---|---|
| December 31, 2013 | KORKMAZ OZKARAMAN J. KINGSTON I. KINGSTON WASHAKIE KOMAK SBK TURKEY DERMEN TERMENDZHYAN | KORKMAZ, OZKARAMAN, J. KINGSTON, I. KINGSTON, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $13,000,000 to be sent from WASHAKIE to KOMAK, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| January 21, 2014 | KORKMAZ OZKARAMAN J. KINGSTON I. KINGSTON WASHAKIE KOMAK SBK TURKEY DERMEN TERMENDZHYAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, KOMAK, SBK TURKEY, DERMEN, and TERMENDZHYAN conspired with other RICO Enterprise members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $9,000,000 to be sent from KOMAK to SPEEDY LION, an entity controlled by RICO Enterprise Members DERMEN and TERMENDZHYAN, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| March 5, 2014 | J. KINGSTON I. KINGSTON WASHAKIE DERMEN | DERMEN, the KINGSTONS, and WASHAKIE conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire of $483,000 to be sent from WASHAKIE to an account at Garanti Bank controlled by DERMEN, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

| | | |
|---|---|---|
| | | source, the ownership, or the control of the proceeds of specified unlawful activity. |
| March 12, 2014 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE | The KINGSTONS and WASHAKIE conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire of $10,000,000 to be sent from WASHAKIE to an account at Garanti Bank controlled by J. KINGSTON, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| March 24, 2014 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>BLANE<br>KOMAK<br>KORKMAZ<br>OZKARAMAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, BLANE, and KOMAK conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $4,055,700 to be sent from WASHAKIE to BLANE, a company controlled by the RICO Enterprise, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| March 24, 2014 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>BLANE<br>KOMAK<br>KORKMAZ<br>OZKARAMAN | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, BLANE, and KOMAK conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $5,000,000 to be sent from WASHAKIE to BLANE, a company controlled by the RICO Enterprise, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| May 9, 2014 | J. KINGSTON | KORKMAZ, OZKARAMAN, the KINGSTONS, WASHAKIE, BLANE, and |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  |  |  |
|---|---|---|
|  | I. KINGSTON<br>WASHAKIE<br>BLANE<br>KOMAK<br>KORKMAZ<br>OZKARAMAN | KOMAK conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $2,000,000 to be sent from WASHAKIE to BLANE, a company controlled by the RICO Enterprise, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| April 28, 2015 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>KORKMAZ<br>OZKARAMAN<br>DERMEN | KORKMAZ, OZKARAMAN, the KINGSTONS, DERMEN, and WASHAKIE conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a $15,000,000 wire transfer to be sent from WASHAKIE to an account controlled by the RICO Enterprise at Garanti Bank, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| May 19, 2015 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>ISANNE SARL | The KINGSTONS, WASHAKIE, and ISANNE SARL conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $35,000,000 to be sent from WASHAKIE to an account controlled by the RICO Enterprise at Garanti Bank in the name of ISANNE SARL, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| May 27, 2015 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>ISANNE SARL | The KINGSTONS, WASHAKIE, and ISANNE SARL conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $21,300,000 to be sent from WASHAKIE to an account controlled by |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

| | | |
|---|---|---|
| | | the RICO Enterprise at Garanti Bank in the name of ISANNE SARL, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| May 27, 2015 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>ISANNE SARL | The KINGSTONS, WASHAKIE, and ISANNE SARL conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $21,300,000 to be sent from WASHAKIE to an account controlled by the RICO Enterprise at Garanti Bank in the name of ISANNE SARL, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| June 11, 2015 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE<br>KORKMAZ<br>OZKARAMAN | KORKMAZ, OZKARAMAN, the KINGSTON, and WASHAKIE conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $200,000 to be sent from WASHAKIE to an account controlled by the RICO Enterprise at Garanti Bank, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| July 3, 2015 | KORKMAZ<br>DERMEN<br>J. KINGSTON<br>ISANNE SARL<br>SBK USA | KORKMAZ, DERMEN, J. KINGSTON, AND ISANNE SARL conspired with other RICO Enterprise Members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $15,000,000 to be sent from ISANNE SARL to SBK USA, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  |  |  |
|---|---|---|
|  |  | whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| September 25, 2015 | KORKMAZ DERMEN | KORKMAZ and DERMEN conspired with other RICO Enterprise Members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when KORKMAZ caused a wire transfer of $6,000,000 to be sent from an account in his name at Garanti Bank to an account in DERMEN's name at Bank of America, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| October 16, 2015 | KORKMAZ DERMEN | KORKMAZ and DERMEN conspired with other RICO Enterprise Members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when KORKMAZ caused a wire transfer of $4,000,000 to be sent from an account in his name at Garanti Bank to an account in DERMEN's name at Bank of America, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| November 3, 2015 | KORKMAZ SBK TURKEY YILMAZ GT ENERGY DERMEN TERMENDZHYAN | KORKMAZ, SBK TURKEY, YILMAZ, GT ENERGY, DERMEN and TERMENDZHYAN conspired with other RICO Enterprise Members to transfer funds to a place in the United States from or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $19,999,950 to be sent from an account in YILMAZ's name to GT ENERGY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| December 14, 2015 | J. KINGSTON | The KINGSTONS and WASHAKIE conspired with other RICO Enterprise |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  |  |  |
|---|---|---|
|  | I. KINGSTON<br>WASHAKIE | Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire of $2,100,000 to be sent from WASHAKIE to an account at Garanti Bank controlled by J. KINGSTON, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| December 28, 2015 | J. KINGSTON<br>I. KINGSTON<br>WASHAKIE | The KINGSTONS and WASHAKIE conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire of $6,900,000 to be sent from WASHAKIE to a an account at Garanti Bank controlled by J. KINGSTON, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| December 28, 2015 | KORKMAZ<br>OZKARAMAN<br>SBK TURKEY<br>SBK USA<br>DERMEN | KORKMAZ, OZKARAMAN, SBK TURKEY, SBK USA, and DERMEN conspired with other RICO Enterprise members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, they caused a wire of $14,000,000 to be sent from SBK USA to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| February 17, 2016 | KORKMAZ<br>OZKARAMAN<br>SBK TURKEY<br>NOIL ENERGY<br>DERMEN | KORKMAZ, OZKARAMAN, SBK TURKEY, NOIL ENERGY, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $3,885,135 to be sent from NOIL ENERGY to SBK TURKEY, with the intent to promote the carrying |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  |  |  |
|---|---|---|
|  | J. KINGSTON<br>I. KINGSTON | on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| March 22, 2016 | KORKMAZ<br>OZKARAMAN<br>KOMAK<br>NOIL ENERGY<br>DERMEN<br>J. KINGSTON<br>I. KINGSTON | KORKMAZ, OZKARAMAN, KOMAK, NOIL ENERGY, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $3,810,000 to be sent from NOIL ENERGY to KOMAK, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| March 25, 2016 | KORKMAZ<br>OZKARAMAN<br>SBK USA<br>SBK TURKEY<br>DERMEN<br>J. KINGSTON<br>I. KINGSTON | KORKMAZ, OZKARAMAN, SBK TURKEY, SBK USA, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $458,000 to be sent from SBK USA to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| September 28, 2016 | KORKMAZ<br>OZKARAMAN<br>SBK TURKEY<br>NOIL ENERGY<br>DERMEN<br>J. KINGSTON<br>I. KINGSTON | KORKMAZ, OZKARAMAN, SBK TURKEY, NOIL ENERGY, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $11,000,000 to be sent from NOIL ENERGY to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the |

*Appendix B: Predicate Acts of Money Laundering, 18 U.S.C. §§ 1956(a)(1)(A) and (a)(2)(A)*
*As referenced in the Complaint ¶¶ 299–323*

|  |  |  |
|---|---|---|
|  |  | nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| October 21, 2016 | KORKMAZ OZKARAMAN SBK USA SBK TURKEY DERMEN J. KINGSTON I. KINGSTON | KORKMAZ, OZKARAMAN, SBK TURKEY, SBK USA, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $6,000,000 to be sent from SBK USA to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| November 8, 2016 | KORKMAZ OZKARAMAN SBK USA SBK TURKEY DERMEN J. KINGSTON I. KINGSTON | KORKMAZ, OZKARAMAN, SBK TURKEY, SBK USA, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $15,000,000 to be sent from SBK USA to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |
| November 8, 2016 | KORKMAZ OZKARAMAN SBK USA SBK TURKEY DERMEN J. KINGSTON I. KINGSTON | KORKMAZ, OZKARAMAN, SBK TURKEY, SBK USA, DERMEN, and the KINGSTONS conspired with other RICO Enterprise Members to transfer funds from the United States to or through a place outside the United States, to wit Turkey, when they caused a wire transfer of $265,000 to be sent from SBK USA to SBK TURKEY, with the intent to promote the carrying on of specified unlawful activity and/or knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity. |