

**Takvim** — www.takvim.com.tr — FİYATI: 75 KURUŞ — HALKIN GAZETESİ — 6 EKİM 2016 PERŞEMBE — KKTC FİYATI: 1 TL

ISSN 1305-502X

**AT YARIŞI GAZETESİ** 4 HER GÜN SAYFA



## EL İNSAF!

**KARŞILIKLI** hakaretler, sosyal medyada da zirve yaptı. Ünlü organizatör, damadına dava açacağını açıkladı. Bu arada şarkıcı ile eşi Ceren'in evlilik sözleşmesi olduğu açıklandı. ■ 6'DA

**ATİLLA KAPLAKARSLAN**

# İŞTE BYLOCK!




**BORAJET'İN SAHİBİ**
**YALÇIN AYASLI**


**BORAJET'İN ORTAĞI**
**FARUK BAYINDIR**


**BORAJET'İN ORTAĞI**
**AV. HALİL İBRAHİM KOCA**



Darbecilerin kullandığı ByLock, ABD'de kodlandı. Türkiye'de, **ODTÜ MEZUNU ÖZEL GÖREVLİLER TARAFINDAN HAZIRLANDI.** Bu kripto yazılımı kuran ABD'li ve Türk ekip ise **BORAJET'İN PATRONU OLAN YALÇIN AYASLI'NIN UÇAĞIYLA** taşındı. İddiaya göre aralarında Ayaslı da vardı

**ERGÜN DİLER YAZDI** ■ 11'DE

▶ **15 TEMMUZ'DAN** sonra, darbecilerin ByLock'la haberleştikleri ortaya çıktı. MİT bu yazılımı çözmek için uğraştı. TÜBİTAK'ı mercek altına aldı. Uygulamayı hazırlayanların ODTÜ mezunu özel görevliler olduğu anlaşıldı.

▶ **AMA** bu yazılım, ABD'de kodlandı. Türkiye'ye getirilip FETÖ'cülere dağıtıldı. Hepsinden önemlisi ByLock'u yazan ekip, Borajet'in patronu Yalçın Ayaslı'nın uçağıyla taşındı. Belki de aralarında Ayaslı da vardı.

▶ **ZATEN** o da ODTÜ mezunu bir bilim adamı! Obama ile istediği zaman görüşen tek Türk... Böyle büyük ilişkiler içindeki Ayaslı, üniversiteli bile olmayan Faruk Bayındır ve Av. H. İbrahim Koca ile ortak olup TARKİM'i aldı!

▶ **BURADAN** kalkan uçaklarla birçok FETÖ'cü ABD'ye kaçtı. Ekrem Dumanlı, Şerif Ali Tekalan, Rıza Nur Meral ve Mutlu Ekizoğlu da aralarındaydı. Hatta yakınlarının "Fuat Avni" dediği Serhat Demir de TARKİM'i kullandı.