

City of New York, State of New York, County of New York

I, Anders Ekholm, hereby certify that the attached document is to the best of my knowledge and belief, a true and accurate translation from Turkish into English.

_____
Anders Ekholm

Sworn to before me this
August 23, 2019

_____
Signature, Notary Public

AURORA ROSE LANDMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6380858
Qualified in New York County
My Commission Expires 09-17-2022

_____
Stamp, Notary Public

**REPUBLIC OF TURKEY**
**ISTANBUL**
**3ʳᴰ COMMERCIAL COURT OF FIRST INSTANCE**

**DECISION**

| | |
|---|---|
| **CASE NO.** | : 2017/242 Esas |
| **PRESIDENT** | : Mürvet TUNÇEZ 29255 |
| **MEMBER** | : Baki TONBAK 40199 |
| **MEMBER** | : Hakan ÇIRAK 139871 |
| **CLERK** | : Ayşe ÖZELER 66732 |
| **PLAINTIFF** | : BUGARAJ ELEKTRONİK TİC. VE BİLİŞİM HİZ. A.Ş. |
| **ATTORNEY** | : Att. V. NECZAT GÜLÜM |
| **DEFENDANT** | : YALÇIN AYASLI |
| **REQUEST** | : Precautionary Attachment |

In their statement of claim, attorney for the plaintiff, BUGARAJ ELEKTRONİK TİC. VE BİLİŞİM HİZ. A.Ş., briefly states that a share transfer and profit share agreement was executed between the client and the defendant, Yalçın Ayaslı for transfer of the shares of Borajet Havacılık Taşımacılık Uçak Bakım Onarım ve Ticaret A.Ş. and Aydın Jet Havacılık A.Ş., and the legal requirements were fulfilled and the shares of the companies were acquired by the client company, but at the result of the examinations and calculations made after the transfer of the said companies, irregularities were detected, that the differences between the balance sheet provided by the defendant and the calculations made after the transfer of companies were so high to affect the company's equity and the company's value at the time of the acquisition, and for these reasons, requests, with the reservation of the right to claim for the surplus, TRY 253,305.035 (USD 71,978.016) be collected from the defendant and a precautionary attachment be levied on the defendant's movables, immovables, rights and receivables from the third parties, shares in the companies where he is a shareholder and sea vessels.
The request and the file have been examined.
**IT WAS DECIDED:**
The Article 257 of the Bankruptcy and Enforcement sets out the conditions under which a Precautionary Attachment order can be granted. At the result of the examination on the case file, it was unanimously decided, with the right to appeal,
TO REJECT the Precautionary Attachment request at this stage since the subject matter of the case is a debt, and the existence and amount of the debt can only be determined after a trial with the collection of evidences from the parties, hence the claim requires a trial by the court. 03.13.2017

President 29255                    Member 40199                    Member 139871

[datamatrix] This document is available on the UYAP Information system website at
http://vatandas.uyap.gov.tr with ul8OJXf – s4Xr8ul – VaYM83N – QK8eBo=.

**T.C.**
**İSTANBUL**
**3. ASLİYE TİCARET MAHKEMESİ**

<u>**KARAR**</u>

| | |
|---|---|
| **ESAS NO** | : 2017/242 Esas |
| **BAŞKAN** | : Mürvet TUNÇEZ  29255 |
| **ÜYE** | : Baki TONBAK 40199 |
| **ÜYE** | : Hakan ÇIRAK 139871 |
| **KATİP** | : Ayşe ÖZELER  66732 |
| **DAVACI** | : BUGARAJ ELEKTRONİK TİC. VE BİLİŞİM HİZ.A.Ş |
| **VEKİLİ** | : Av.V NECZAT GÜLÜM |
| **DAVALI** | : YALÇIN AYASLI |
| **TALEP** | : Ihtiyati Haciz |

Davacı BUGARAJ ELEKTRONİK TİC. VE BİLİŞİM HİZ.A.Ş tarafından davalı YALÇIN AYASLI aleyhine açılan Alacak davasında dava dilekçesinde özetle; Müvekkili şirket ile davalı arasında Bora Jet havacılık Taşımacılık Uçak Bakım ve Onarım A.Ş ve Aydın Jet Havacılık A.Ş hisselerinin devri konusunda 29.12.2016 tarihinde hisse devir ve kar paylaşım sözleşmesi imzalayarak yasal gereklilikler tamamlanarak şirket hisselerinin müvekkili şirkete geçtiğini, ancak sözleşme konusu olan şirketleri devir aldıktan sonra yapılan inceleme ve hesaplamalarda usulsüzlüklerin tespit edildiğini, davalının vermiş olduğu mizan ile şirket devredildikten sonra yapılan hesaplar arasındaki farkların şirketin öz varlığını ve şirketin satın alınma tarihi itibarı ile değerini doğrudan etkileyecek kadar olduğundan fazlaya talep haklarını saklı tutmak kaydı ile toplam 253.305.035,00 TL ( 71.978,016 USD ) nin tahsili için davalının taşınır , taşınmaz , 3 ncü şahıslar üzerindeki hak ve alacakları hissedar oldukları şirketlerdeki hisseleri , Deniz Araçları üzerine İhtiyati haciz konulmasını talep ve dava etmiştir.

Talep ve dosya incelendi.
**GEREĞİ DÜŞÜNÜLDÜ:**
İ.İ.K 257 maddesinde hangi hallerde Ihtiyati Haciz kararı verilebileceği açıklanmıştır. Davanın konusu alacak talebine ilişkin olup, alacağın varlığı ve miktarı ancak tarafların delillerinin toplanmasıyla yargılama sonucunda belirlenebileceğinden , Talep yargılamayı gerektirdiğinden bu aşamada İhtiyati Haciz talebinin REDDİNE,

İstinaf yolu açık olmak üzere dosya üzerinde yapılan inceleme sonunda oybirliği ile karar verildi. 13.03.2017

Başkan 29255          Üye 40199          Üye 139871          Katip 66732



UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden  uI8OJXf - s4Xr8ul - VaYM83N - QK8eBo= ile erişebilirsiniz.