UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| YALCIN AYASLI, <br><br> Plaintiff, <br><br> v. <br><br> SEZGIN BARAN KORKMAZ, KAMIL FERIDUN OZKARAMAN, FATIH AKOL, SBK HOLDINGS ANONIM SIRKETI, SBK HOLDINGS, USA, INC., BUGARAJ ELEKTRONIK TICARET VE BILISIM HIZMETLERI ANONIM SIRKETI, and MEGA VARLIK YONETIM ANONIM SIRKETI, <br><br> Defendants. | Civil Action No. 19-cv-00183-JL |

DECLARATION OF SEZGIN BARAN KORKMAZ

1. I, Sezgin Baran Korkmaz, declare as follows in support of Defendants Sezgin Baran Korkmaz, SBK Holding, A.S. ("SBK Holding"), and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.'s ("Bugaraj") (collectively, the "Korkmaz Defendants") concurrently filed motion to dismiss for *forum non conveniens* and lack of personal jurisdiction (the "Motion"). I have personal knowledge of the facts stated in this Declaration, and if called upon to testify as a witness about those facts, I can do so competently.

2. I am a citizen of the Republic of Turkey. I hold no other citizenship.

3. I am currently domiciled in Istanbul, Turkey.

4. I have never resided or been domiciled in the United States or anywhere else other than Turkey.

5. I am currently the sole owner and the chairman of the board of directors of SBK Holding. I have been the sole owner and chairman of the board of directors of SBK Holding since the formation of that company on March 8, 2013.

6. SBK Holding has never maintained and does not currently maintain an office in the United States.

7. When making international telephone calls or sending international text messages, it is my usual practice to use the WhatsApp mobile application.

8. It is my recollection that all text messages that I sent and all telephone calls that I made to Plaintiff Yalcin Ayasli were through WhatsApp. The phone number that I have associated for Ayasli on my WhatsApp mobile application has a 781 area code.

9. Bora Jet Havacilik Tasimacilik Ucak Bakim Onarim ve Ticaret A.S. ("BoraJet") (referenced in the Complaint in the above-captioned action) is wholly owned by Bugaraj. In turn, Bugaraj is wholly owned by Bukombin Bilisim ve Teknoloji A.S. ("Bukombin"). In turn, Bukombin is wholly-owned by SBK Holding. No other entity or individual has any ownership interest in

BoraJet.

10. Bugaraj never maintained and does not currently maintain an office in the United States.

11. SBK Holdings USA, Inc. is a different company than SBK Holding. Neither SBK Holding nor I have any direct or indirect interest in SBK Holdings USA, Inc.

12. The Share Transfer and Profit Sharing Agreement between Bugaraj and Ayasli dated December 29, 2016, attached to the Declaration of Nafiz Cekirge as Exhibit 1 is a true and correct copy of that agreement without exhibits.

I declare under penalty of perjury under the laws of the United States, State of New Hampshire, and the Republic of Turkey that the foregoing is true and correct.

Executed this 3rd day of September, 2019, at Istanbul, Turkey

/s/ Sezgin Baran Korkmaz
Sezgin Baran Korkmaz