UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Yalcin Ayasli,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Sezgin Baran Korkmaz, Kamil Feridun Ozkaraman**,** Fatih Akol, SBK Holdings A. S., SBK Holdings, USA, Inc., Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S., and Mega Varlik Yonetim A.S.<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00183-JL |

### PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS FATIH AKOL, KAMIL FERIDUN OZKARAMAN, AND MEGA VARLIK YONETIM A.S. VIA E-MAIL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

　　　　The Plaintiff Yalcin Ayasli, by and through his attorneys Jones Day and Sheehan Phinney Bass & Green PA, hereby submits this Motion for Leave to Serve Defendants Fatih Akol, Kamil Feridun Ozkaraman, and Mega Varlik Yonetim A.S. via E-mail Pursuant to Federal Rule of Civil Procedure 4(f)(3).  In support of this Motion, Plaintiff states as follows:

　　　　1.　　　The Plaintiff, Dr. Yalcin Ayasli, has acted diligently in attempting service of his Verified Complaint and civil summonses on individual Defendants Kamil Feridun Ozkaraman ("Ozkaraman") and Fatih Akol ("Akol"), and corporate Defendant Mega Varlik Yonetim A.S. ("Mega Varlik"), all of whom are located in Turkey (collectively, the "Turkish Defendants").

　　　　2.　　　But for reasons out of Plaintiff's control, those attempts have been unsuccessful. As a result, Plaintiff seeks leave to serve the Turkish Defendants by e-mail.

3. Federal Rule of Civil Procedure 4(f)(3) permits service "by other means not prohibited by international agreement, as the court orders." Service under that subsection is neither a "last resort" nor "extraordinary relief," but instead one of several ways to serve an international defendant. *Jackson Lab. v. Nanjing Univ.*, No. 1:17-cv-00363-GZS, 2018 U.S. Dist. LEXIS 13630, at *6-8 (D. Me. Jan. 29, 2018). Indeed, the Court may order service under Rule 4(f)(3) so long as the method of service (1) is not prohibited by international agreement; and (2) satisfies due process. *Russell Brands, LLC v. GVD Int'l Trading, SA*, 282 F.R.D. 21, 24 (D. Mass. 2012) (citing *Rio Props. v. Rio Int'l Interlink*, 284 F.3d 1007 (9th Cir. 2002)).

4. Because service by e-mail is not prohibited by international agreement and satisfies due process, this Court, utilizing its broad discretion in fashioning alternative means of service, shall issue an order permitting the Plaintiff to serve the Turkish Defendants by e-mail.

5. The Plaintiff submits the attached Memorandum of Law in support of the requested relief.

6. Defendants Sezgin Baran Korkmaz, SBK Holdings A.S., and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S., through Attorney Andrew Hamilton, take no position on the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order:

A. Granting Plaintiff leave to serve Defendant Akol via the following e-mail addresses (akol.fatih@gmail.com, robo@roboair.com, faith.akol@akol.info);

B. Granting Plaintiff leave to serve Defendant Ozkaraman via the following e-mail addresses (feridun@prolesauto.com, feridunozkaraman@sbkholding.com.tr);

C. Granting Plaintiff leave to serve Defendant Mega Varlik via the following e-mail address (info@megavarlik.com.tr); and

D. Granting Plaintiff such other relief as the Court deems necessary and just.

Respectfully submitted,

**DR. YALCIN AYASLI**

By His Attorneys,

**SHEEHAN PHINNEY BASS & GREEN, PA**

Dated**:** January 7, 2020

*/s/ Robert H. Miller*
Robert H. Miller, Esq. (NH Bar #13881)
Patrick. J. Queenan, Esq. (NH Bar #20127)
Chloe F. Golden, Esq. (NH Bar #268036)
1000 Elm Street, 17th Floor
Manchester, NH 03110
603-668-0300
rmiller@sheehan.com
pqueenan@sheehan.com
cgolden@sheehan.com

-and-

**JONES DAY**

Steven T. Cottreau, Esq. (VA Bar #46215)
*Pro hac vice*
51 Louisiana Ave., NW
Washington, DC 20001
202-879-3939
scottreau@jonesday.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record by filing same using the Court's ECF system.

Dated:  January 7, 2020

/s/ Robert H. Miller
Robert H. Miller, Esq. (NH Bar #13881)