Name and address:

Harvey Wolkoff
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli | CASE NUMBER |
| Plaintiff(s), | 2:20-cv-09388-CAS-PD |
| v. | |
| Sezgin Baran Korkmaz, et. al. | **APPLICATION OF NON-RESIDENT ATTORNEY** |
| Defendant(s), | **TO APPEAR IN A SPECIFIC CASE** |
| | ***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee**. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Wolkoff, Harvey J.
*Applicant's Name (Last Name, First Name & Middle Initial)*          *check here if federal government attorney ☐*

Quinn Emanuel Urquhart & Sullivan, LLP
*Firm/Agency Name*

| 111 Huntington Avenue | 617-712-7108 | 617-712-7200 |
|---|---|---|
| Suite 520 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Boston, MA 02199 | harveywolkoff@quinnemanuel.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Fatih Akol | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Massachusetts | 6/22/1977 | Yes |
| District of Southern New York | 1/1/2015 | Yes |
| District of New Hampshire (Cont. Sect. IV) | 4/30/1998 | Yes |
| State of Massachusetts | 12/22/1975 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

List all courts to which you have been admitted and the current status of your membership:

U.S. District Court for the District of Vermont - Admitted 5/26/1988 - Good Standing
U.S. District Court for the Eastern District of Wisconsin - Admitted 10/11/1988 - Good Standing
U.S. District Court for the Northern District of California - Admitted 11/8/1988 - Good Standing
US Court of Appeals for the 1st Circuit - Admitted 6/10/1988 - Good Standing
US Court of Appeals for the 5th Circuit- Admitted 9/23/1991 - Good Standing
US Court of Appeals for the 6th Circuit - Admitted 11/16/1997 - Good Standing
US Court of Appeals for the 8th Circuit - Admitted 5/24/2016 - Good Standing

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  11/17/2020

Harvey Wolkoff
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Cafferata, Diane

*Designee's Name (Last Name, First Name & Middle Initial)*

Quinn Emanuel Urquhart and Sullivan, LLP

*Firm/Agency Name*

| | | |
|---|---|---|
| 865 S. Figueroa Street | 213-443-3000 | 213-443-3100 |
| 10th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | dianecafferata@quinnemanuel.com | |
| Los Angeles, CA 90017 | *Email Address* | |
| *City, State, Zip Code* | 190081 | |
| | *Designee's California State Bar Number* | |

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 11/17/2020

Diane Cafferata

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Harvey Joel Wolkoff

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **16th day of May, 2014**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **4th day of November, 2020**.



*Robert D Mayberger*

Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1975**, said Court being the highest Court of Record in said Commonwealth:

### Harvey J. Wolkoff

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **November** in the year of our Lord **two thousand and twenty.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116