Name and address:
Harvey Wolkoff
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Yalcin Ayasli

Plaintiff(s)

v.

Sezgin Baran Korkmaz, et. al.

Defendant(s).

CASE NUMBER: 2:20-cv-09388-CAS-PD

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wolkoff, Harvey J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-712-7108
*Telephone Number*

617-712-7200
*Fax Number*

*E-Mail Address*

of

Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Fatih Akol

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Cafferata, Diane
*Designee's Name (Last Name, First Name & Middle Initial)*

190081
*Designee's Cal. Bar No.*

213-443-3000
*Telephone Number*

213-443-3100
*Fax Number*

dianecafferata@quinnemanuel.com
*E-Mail Address*

of

Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1