Name and address:

Sean O'Neill
Quinn Emanuel Urquhart and Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Aysali | CASE NUMBER |
| | 2:20-CV-09388-CAS-PD |
| v. Plaintiff(s) | |
| Sezgin Baran Korkmaz, et.al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sean P. O'Neill                                                   of    Quinn Emanuel Urquhart & Sullivan LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        111 Huntington Avenue, Suite 520
617-712-7126            617-712-7200                               Boston, MA 02199
*Telephone Number*      *Fax Number*
seanoneill@quinnemanuel.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Fatih Akol

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Diane Cafferata                                                    of    Quinn Emanuel Urquhart & Sullivan LLP
*Designee's Name (Last Name, First Name & Middle Initial)*              865 S. Figueroa Street, 10th Floor
190081                  213-443-3000          213-443-3100              Los Angeles, CA 90017
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dianecafferata@quinnemanuel.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                                        _____
                                                                   **U.S. District Judge/U.S. Magistrate Judge**