Name and address:
Harvey Wolkoff
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli<br><br>v.<br><br>Plaintiff(s)<br><br>Sezgin Baran Korkmaz, et. al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:20cv09388CAS-PDx<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wolkoff, Harvey J.  of  Quinn Emanuel Urquhart & Sullivan, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  111 Huntington Avenue, Suite 520
617-712-7108   617-712-7200   Boston, MA 02199
*Telephone Number*  *Fax Number*

*E-Mail Address*  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Fatih Akol

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Cafferata, Diane   of   Quinn Emanuel Urquhart & Sullivan LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 S. Figueroa Street, 10th Floor
190081   213-443-3000   213-443-3100   Los Angeles, CA 90017
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dianecafferata@quinnemanuel.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
    is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:
    ☐ is not member of Bar of this Court;
    ☐ does not maintain office in District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  November 19, 2020

*Christina A. Snyder*
**U.S. District Judge**