Name and address:

Sean O'Neill
Quinn Emanuel Urquhart and Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Aysali<br><br>v.<br>Plaintiff(s)<br><br>Sezgin Baran Korkmaz, et.al.<br>Defendant(s). | CASE NUMBER<br><br>2:20 CV-09388-CAS PDx<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sean P. O'Neill of Quinn Emanuel Urquhart & Sullivan LLP
*Applicant's Name (Last Name, First Name & Middle Initial)* 111 Huntington Avenue, Suite 520
617-712-7126    617-712-7200 Boston, MA 02199
*Telephone Number    Fax Number*
seanoneill@quinnemanuel.com
*E Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Fatih Akol

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:
and designating as Local Counsel
Diane Cafferata    of Quinn Emanuel Urquhart & Sullivan LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    865 S. Figueroa Street, 10th Floor
190081    213-443-3000    213 443 3100    Los Angeles, CA 90017
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
dianecafferata@quinnemanuel.com
*E Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83 2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
   is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83 2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated November 18, 2020

*Christina A. Snyder*
U.S. District Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1