# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ayasli | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-09388-CAS-PD |
| v. | |
| Korkmaz, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Sezgin Baran Korkmaz        ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Shalem A. Massey -- Riley, Safer, Holmes & Cancila LLP   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

100 Spectrum Center Drive, Suite 440
*Street Address*

Irvine, CA 92618                              smassey@rshc-law.com
*City, State, Zip*                              *E-Mail Address*

(949) 359-5500            (949) 359-5501            143281
*Telephone Number*         *Fax Number*            *State Bar Number*

as attorney of record instead of  Nafiz Cekirge
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                          U. S. District Judge/U.S. Magistrate Judge