UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YALCIN AYASLI, <br><br> Plaintiff, <br><br> v. <br><br> SEZGIN BARAN KORKMAZ, et al. <br><br> Defendants. | Case No. 2:20-cv-09388-CAS-PD <br><br> **[PROPOSED] ORDER ON MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, LACK OF PERSONAL JURISDICTION, AND FAILURE TO STATE A CLAIM** <br><br> Judge: Hon. Christina A. Snyder <br><br> Complaint Filed: October 10, 2020 <br> Trial Date: None Set |
|---|---|

Upon consideration of the Motion to Dismiss For Insufficient Service of Process, Lack of Personal Jurisdiction, and Failure to State a Claim (the "Motion") filed by defendant Fatih Akol, and the arguments and papers presented in support and opposition thereto, the Court ORDERS that:

1. The Motion is GRANTED in its entirety; and
2. Fatih Akol is dismissed from this case for insufficient and untimely service of process pursuant to Fed. R. Civ. P. 12(b)(5) and 4(m);
3. Fatih Akol is dismissed from this case for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2); and
4. Fatih Akol is dismissed from this case due to Plaintiff's failure to state a claim against him pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED**.

DATED:_____        _____

United States District Judge

The Honorable Christina A. Snyder