QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harvey J. Wolkoff (Bar No. 532880) (*pro hac vice*)
  harveywolkoff@quinnemanuel.com
111 Huntington Street, Suite 520
Boston, Massachusetts 02199-3600
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Fatih Akol

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YALCIN AYASLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEZGIN BARAN KORKMAZ, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-09388-CAS-PD<br><br>**DECLARATION OF FATIH AKOL IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, LACK OF PERSONAL JURISDICTION, AND FAILURE TO STATE A CLAIM**<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: October 3, 2022<br>Hearing Time: 10:00 am<br><br>Complaint Filed: October 10, 2020<br>Trial Date: None Set |

**Declaration of Fatih Akol**

I, Fatih Akol, declare:

1. I lived outside of the United States in Turkey at the time of the events alleged in the Complaint.

2. I moved to the United States and was present in California from August 2019 to June 29, 2020.

3. I then moved to Hollywood, Florida where I resided from June 30, 2020 until July 2021 to be closer to my son who was living in Florida.

4. In July 2021, I moved from Hollywood, Florida to Ringoes, New Jersey, where I reside today, to be closer to my daughter who is living in New York.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 31st, 2022, at Ringoes, New Jersey.

_____
Fatih Akol

-1-

09709-00001/13584508.3

Case No. 2:20-cv-09388-CAS-PD
DECLARATION OF FATIH AKOL