UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YALCIN AYASLI, | Case No. 2:20-cv-09388-CAS-PD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** |
| v. | Judge: Hon. Christina A. Snyder |
| SEZGIN BARAN KORKMAZ, et al. | Complaint Filed: October 10, 2020<br>Trial Date: None Set |
| Defendants. | |

1  Upon consideration of the Motion to Dismiss For Insufficient Service of
2  Process (the "Motion") filed by defendant Fatih Akol, and the arguments and papers
3  presented in support and opposition thereto, the Court ORDERS that:
4     1. The Motion is GRANTED in its entirety; and
5     2. Fatih Akol is dismissed with prejudice from this case for untimely and
6        inexcusably insufficient service of process pursuant to Fed. R. Civ. P.
7        12(b)(5) and 4(m).

**IT IS SO ORDERED**.

DATED:_____    _____

United States District Judge

The Honorable Christina A. Snyder