AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Yalcin Ayasli<br><br>*Plaintiff(s)*<br>v.<br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; (See Attachment #1)<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  2:20-cv-09388-CAS-PD |

**SUMMONS IN A CIVIL ACTION
ON THE FIRST AMENDED COMPLAINT**

To: *(Defendant's name and address)*  Sezgin Baran Korkmaz
Davis County Jail
800 W. State St.
Farmington, UT 84025
See Attachment #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin M. Lally, Esq.          Robert H. Miller, Esq.
                                355 S. Grand Avenue, Suite 4200   1000 Elm Street, 17th Floor
                                Los Angeles, CA 90071          Manchester, NH 03110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                      _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-09388-CAS-PD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | **MCGUIREWOODS LLP** |
| 2 | Kevin M. Lally, Esq. (CA Bar No. 226402) |
|   | 355 South Grand Avenue, Suite 4200 |
| 3 | Los Angeles, CA 90071 |
| 4 | 213-457-9862 |
|   | klally@mcguirewoods.com |
| 5 | |
| 6 | **SHEEHAN PHINNEY, PA** |
|   | Robert H. Miller, Esq. (Admitted Pro Hac Vice) |
| 7 | 1000 Elm Street, 17th Floor |
| 8 | Manchester, NH 03110 |
|   | 603-627-8145 |
| 9 | rmiller@sheehan.com |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli, | CASE NO. 2:20-cv-09388-CAS-PD |
| Plaintiff, | |
| v. | **VERIFIED FIRST AMENDED COMPLAINT** |
| Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri; | **JURY TRIAL DEMANDED** |
| Defendants. | |

VERIFIED FIRST AMENDED COMPLAINT
Attachment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Yalcin Ayasli v. Sezgin Baran Korkmaz, et al.
2:20-cv-09388-CAS-PD

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

LEV ASLAN DERMEN
3415 S. 900 West
South Salt Lake, UT 84119

JACOB ORTELL KINGSTON
1400 Depot Dr.
Ogden, UT 84404

ISAIAH ELDEN KINGSTON
2840 W. Allred Circle
Taylorsville, UT 84129

FATIH AKOL
11 Danberry Drive
Ringoes, NJ 08551

SEZGIN BARAN KORKMAZ
800 W. State St.
Farmington. UT 84025

WASHAKIE RENEWABLE ENERGY, LLC, A UTAH CORPORATION
3950 South 700 East, Suite 100
Salt Lake City, UT 84107

SBK HOLDINGS USA, INC., A CALIFORNIA CORPORATION
644 S. Figueroa Street
Los Angeles, CA 90017

NOIL ENERGY GROUP, INC., A CALIFORNIA CORPORATION
5801 Randolph Street
Commerce, CA 90040

SPEEDY LION RENEWABLE FUEL INVESTMENTS, LLC, A CALIFORNIA CORPORATION
200 N. Maryland Avenue, Suite 300
Glendale, CA 91206

G.T. ENERGY, LLC, A NEVADA CORPORATION
710 E. D Street
Wilmington. CA 90744

UNITED FUEL SUPPLY, LLC. A UTAH CORPORATION
670 E. 3900 Street, Suite 300
Salt Lake City, UT 84107

SBK HOLDINGS A.S., INC.
Sarıyer Reşitpaşa Mah. Eski Büyükdere Cad. No: 14 K: 9 / B Maslak
Istanbul, Turkey

BUGARAJ ELEKTRONIK TICARET VE BILISIM HIZMETLERI
İnönü Cad., Hoşgör Sok. No: 3, Çeliktepe, Kağıthane
Istanbul, Turkey

MEGA VARLIK YONETIM A.S.
Beylerbeyi Mahallesi Iskele, Cad No 16/1 Beylerbeyi Uskudar
Istanbul, Turkey

BUKOMBIN BILISIM VE TEKNOLOJI ANONIM SIRKETI
Maslak Mah. Dereboyu Cad. Zagra Is Merkezi No:14/C Sisli
Istanbul, Turkey

BIOFARMA ILAC SANAYI VE TICARET A.S.
Akpınar Mah. Osmangazi Cad. No:156, Sancaktepe
Istanbul, Turkey

BLANE TEKNOLOJI SISTEMLERI SANAYI VE TICARET ANONIM SIRKETI
Inonu Cad. No:17 Kat:3 Beylerbeyi Uskudar
Istanbul, Turkey

STONE ISI YALTIM SANAYI VE TICARET ANONIM SIRKETI
OSB Mah. 20 Cad. 3 Odunpazari
Eskisehir, Turkey

KOMAK ISI YALITIM SISTEMLERI
Celiktepe Mah. Inonu Cad. Hosgor Sok. No:3 Kagithane
Istanbul, Turkey

ISANNE
46 Avenue John F. Kennedy
Luxembourg

KAMIL FERIDUN ÖZKARMAN
Citizen of Turkey

ALPTEKIN YILMAZ
Citizen of Turkey

OLESSIA ZOUBKOVA
Citizen of Turkey