| | |
|---|---|
| 1 | Nafiz Cekirge (SBN 255710) |
| 2 | **RILEY SAFER HOLMES & CANCILA LLP** |
| 3 | 100 Spectrum Center Drive, Ste 440 |
|   | Irvine, CA  92618 |
| 4 | Telephone: (949) 359-5500 |
| 5 | Facsimile: (949) 359-5501 |
|   | Email: ncekirge@rshc-law.com |
| 6 | |
| 7 | *Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi* |
| 8 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli | Case No. 2:20-CV-09388-CAS-PDx |
| Plaintiff, | Hon. Christina A. Snyder |
| vs. | **FIRST JOINT STATUS REPORT** |
| Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve | |

1 | Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri;
2
3 |         Defendants.

# FIRST JOINT STATUS REPORT

Pursuant to the Court's Order dated November 16, 2022, Plaintiff Yalcin Ayasli and Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi; Fatih Akol; and Jacob Ortell Kingston, through their undersigned counsel, submit the following First Joint Status Report.

1. Defendant Sezgin Baran Korkmaz is also a defendant in a parallel criminal action styled *United States v. Korkmaz*, Case No. 21-cr-00140-JNP-JCB-1 (D. Utah). The criminal action against Korkmaz is still pending, with a jury trial set for October 30, 2023.

2. Defendants Jacob O. Kingston, Isaiah E. Kingston, and Lev Aslan Dermen are also defendants in a parallel criminal action styled *United States v. Kingston, et al.*, Case No. 18-cr-365-JP-BCW (D. Utah). The criminal case against the Kingstons and Dermen is still pending, with sentencing hearings set for:

   a. Jacob O. Kingston: April 4, 2023
   b. Isaiah E. Kingston: April 4, 2023
   c. Lev Aslan Dermen: April 6, 2023

3. Because the criminal proceedings against Korkmaz, the Kingstons, and Dermen are still pending, the undersigned parties all favor a continuation of the stay of the above-captioned case in its entirety until the *Kingston* and *Korkmaz* criminal actions are concluded.

4. The Government also favors the continuation of the stay of the above-captioned case in its entirety until the *Kingston* and *Korkmaz* criminal actions are concluded.

5. Per the Court's Order dated November 16, 2022, the parties plan to file a Second Joint Status Report no later than June 16, 2023, regarding the status of the *Kingston* and *Korkmaz* criminal actions.

Dated:  March 14, 2023 Respectfully submitted,

By: /s/ *Kevin M. Lally*
Kevin M. Lally (SBN # 226402)
**McGuireWoods LLP**
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071
Tel: 213-457-9862
Fax: 213-457-9882
Email: klally@mcguirewoods.com

/s/ *Robert H. Miller*
Robert H. Miller (*pro hac vice*)
**Sheehan Phinney P.A.**
1000 Elm Street, 17th Floor
Manchester, New Hampshire  03105-3701
Tel: 603-627-8145
Fax: 603-641-2005
Email: rmiller@sheehan.com

*Attorneys for Plaintiff Yalcin Ayasli*

By: /s/ *Nafiz Cekirge*
Nafiz Cekirge (SBN # 255710)
**Riley Safer Holmes & Cancila LLP**
100 Spectrum Center Drive, Ste 440
Irvine, CA  92618
Tel:   949-359-5500
Fax:   949-359-5501
Email: ncekirge@rshc-law.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

FIRST JOINT STATUS REPORT

By: */s/ Diane Cafferata*
Diane Cafferata (SBN # 190081)
**Quinn Emanuel Urquhart and Sullivan LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: 213-443-3000
Fax: 213-443-3100
Email: dianecafferata@quinnemanuel.com

*Attorneys for Defendant Fatih Akol*

By: */s/ Teny Rose Geragos*
Teny Rose Geragos
**Brafman and Associates PC**
256 Fifth Avenue 2nd Floor
New York, NY 10001
212-750-7800
Fax: 212-750-3906
Email: tgeragos@braflaw.com

*Attorneys for Defendant Jacob O. Kingston*

4869-6519-7399, v. 3