Nafiz Cekirge (SBN 255710)
**RILEY SAFER HOLMES & CANCILA LLP**
100 Spectrum Center Drive, Ste 440
Irvine, CA  92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5501
Email: ncekirge@rshc-law.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli<br><br>            Plaintiff,<br>   vs.<br><br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve | Case No. 2:20-CV-09388-CAS-PDx<br><br>Hon. Christina A. Snyder<br><br>**SECOND JOINT STATUS REPORT** |

1 | Ticaret Anonim Sirketi; and Komak Isi
Yalitim Sistemleri;
2
3 |            Defendants.

**SECOND JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 16, 2022, Plaintiff Yalcin Ayasli and Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi; Fatih Akol; and Jacob Ortell Kingston, through their undersigned counsel, submit the following Second Joint Status Report.

1. Defendant Sezgin Baran Korkmaz is a defendant in a parallel criminal action styled *United States v. Korkmaz*, Case No. 21-cr-00140-JNP-JCB-1 (D. Utah). The criminal action against Korkmaz is still pending, with a jury trial set for October 30, 2023.

2. On May 24, 2023, and May 25, 2023, in a parallel criminal action styled *United States v. Kingston, et al.*, Case No. 18-cr-365-JP-BCW (D. Utah), the United States District Court for the District of Utah entered judgment against Defendants Isaiah E. Kingston, Jacob O. Kingston, and Lev Aslan Dermen as follows:

    a. Isaiah E. Kingston: 144 months incarceration and $511,842,773.00 restitution, (Dkt. # 1514);

    b. Jacob O. Kingston: 216 months incarceration and $511,842,773.00 restitution, (Dkt. # 1516); and

    c. Lev Aslan Dermen: 480 months incarceration and $511,842,773.00 restitution, (Dkt. # 1518). On June 5, 2023, Dermen appealed the judgment against him, (Dkt. # 1525).

3. On March 29, 2023, the Government indicted Grigor Termendjian (Lev Dermen's brother) in another parallel criminal proceeding styled *U.S. v. Termendjian*, Case No. 2:23-cr-00119-DAK-1 (D. Utah). No trial date has been set in that matter. It is the Government's position that this civil matter remain stayed until the *Termendjian* matter is concluded as well.

4. Because of the various ongoing parallel criminal proceedings, it is the Parties' position that the current stay in this action remain in effect until the

completion of the trial court proceedings in the *Korkmaz* action. If the *Termendjian* action is still pending at that time, the Parties will consult with the Government regarding its request that the stay be continued until the completion of the *Termendjian* action and advise the Court of the Parties' and the Government's positions.

5. Per the Court's Order dated November 16, 2022, the parties will file a Third Joint Status Report no later than September 18, 2023, regarding the status of parallel criminal actions.

Dated: June 14, 2023

Respectfully submitted,

By: */s/ Kevin M. Lally*
Kevin M. Lally (SBN # 226402)
**McGuireWoods LLP**
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071
Tel: 213-457-9862
Fax: 213-457-9882
Email: klally@mcguirewoods.com

*/s/ Robert H. Miller*
Robert H. Miller (*pro hac vice*)
**Sheehan Phinney P.A.**
1000 Elm Street, 17th Floor
Manchester, New Hampshire 03105-3701
Tel: 603-627-8145
Fax: 603-641-2005
Email: rmiller@sheehan.com

*Attorneys for Plaintiff Yalcin Ayasli*

By: /s/ *Nafiz Cekirge*
Nafiz Cekirge (SBN # 255710)
**Riley Safer Holmes & Cancila LLP**
100 Spectrum Center Drive, Ste 440
Irvine, CA  92618
Tel:   949-359-5500
Fax:   949-359-5501
Email: ncekirge@rshc-law.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*


By: /s/ *Diane Cafferata*
Diane Cafferata (SBN # 190081)
**Quinn Emanuel Urquhart and Sullivan LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel:  213-443-3000
Fax: 213-443-3100
Email: dianecafferata@quinnemanuel.com

*Attorneys for Defendant Fatih Akol*


By: /s/ *Teny Rose Geragos*
Teny Rose Geragos
**Brafman and Associates PC**
256 Fifth Avenue 2nd Floor
New York, NY 10001
212-750-7800
Fax: 212-750-3906
Email: tgeragos@braflaw.com

*Attorneys for Defendant Jacob O. Kingston*