Nafiz Cekirge (SBN 255710)
**RILEY SAFER HOLMES & CANCILA LLP**
100 Spectrum Center Drive, Ste 440
Irvine, CA  92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5501
Email: ncekirge@rshc-law.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings*
*Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri*
*Anonim Sirketi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli<br><br>                    Plaintiff,<br><br>          vs.<br><br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve | Case No. 2:20-CV-09388-CAS-PDx<br><br>Hon. Christina A. Snyder<br><br>**THIRD JOINT STATUS REPORT** |



Ticaret Anonim Sirketi; and Komak Isi
Yalitim Sistemleri;

Defendants.

## **THIRD JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 16, 2022, Plaintiff Yalcin Ayasli and Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi; Fatih Akol; and Jacob Ortell Kingston, through their undersigned counsel, submit the following Third Joint Status Report.

1. Defendant Sezgin Baran Korkmaz is a defendant in a parallel criminal action styled *United States v. Korkmaz*, Case No. 21-cr-00140-JNP-JCB-1 (D. Utah). The criminal action against Korkmaz is still pending, and is not expected to conclude within this reporting period

2. As stated in the Parties' Second Joint Status Report, the United States District Court for the District of Utah entered Judgment on May 24, 2023, and May 25, 2023, in a parallel criminal action styled *United States v. Kingston, et al.*, Case No. 18-cr-365-JP-BCW (D. Utah) against Defendants Isaiah E. Kingston, Jacob O. Kingston, and Lev Aslan Dermen as follows:

   a. Isaiah E. Kingston: 144 months incarceration and $511,842,773.00 restitution, (Dkt. # 1514);

   b. Jacob O. Kingston: 216 months incarceration and $511,842,773.00 restitution, (Dkt. # 1516); and

   c. Lev Aslan Dermen: 480 months incarceration and $511,842,773.00 restitution, (Dkt. # 1518). On June 5, 2023, Dermen appealed the judgment against him, (Dkt. # 1525).

3. As also stated in the Parties' Second Joint Status Report, on March 29, 2023, the Government indicted Grigor Termendjian (Lev Dermen's brother) in another parallel criminal proceeding styled *U.S. v. Termendjian*, Case No. 2:23-cr-00119-DAK-1 (D. Utah). On September 12, 2023, the *Termendjian* action was transferred to the United States District Court for the Central District of California, Case No. 2:23-cr-00453-JLS-1. (Dkt. # 1.) No trial date has been set in that matter.

It is the Government's position that this civil matter remain stayed until the *Termendjian* matter is concluded as well.

      4.    Because of the various ongoing parallel criminal proceedings, it is the Parties' position that the current stay in this action remain in effect until the completion of the trial court proceedings in the *Korkmaz* action.  If the *Termendjian* action is still pending at that time, the Parties will consult with the Government regarding its request that the stay be continued until the completion of the *Termendjian* action and advise the Court of the Parties' and the Government's positions.

      5.    Per the Court's Order dated November 16, 2022, the parties will file a Fourth Joint Status Report no later than January 12, 2024, regarding the status of the parallel criminal actions.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Dated: September 18, 2023                    Respectfully submitted,

By: */s/ Kevin M. Lally*
    Kevin M. Lally (SBN # 226402)
    **McGuireWoods LLP**
    355 South Grand Avenue, Suite 4200
    Los Angeles, CA 90071
    Tel: 213-457-9862
    Fax: 213-457-9882
    Email: klally@mcguirewoods.com

    */s/ Robert H. Miller*
    Robert H. Miller (*pro hac vice*)
    **Sheehan Phinney P.A.**
    1000 Elm Street, 17th Floor
    Manchester, New Hampshire  03105-3701
    Tel: 603-627-8145
    Fax: 603-641-2005
    Email: rmiller@sheehan.com

    *Attorneys for Plaintiff Yalcin Ayasli*

By: */s/ Nafiz Cekirge*
    Nafiz Cekirge (SBN # 255710)
    **Riley Safer Holmes & Cancila LLP**
    100 Spectrum Center Drive, Ste 440
    Irvine, CA  92618
    Tel:   949-359-5500
    Fax:   949-359-5501
    Email: ncekirge@rshc-law.com

    *Attorneys for Defendants Sezgin Baran*
    *Korkmaz; SBK Holdings Anonim Sirketi; and*
    *Bugaraj Elektronik Ticaret ve Bilisim*
    *Hizmetleri Anonim Sirketi*

By:  */s/ Diane Cafferata*
        Diane Cafferata (SBN # 190081)
        **Quinn Emanuel Urquhart and Sullivan LLP**
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017-2543
        Tel:  213-443-3000
        Fax: 213-443-3100
        Email: dianecafferata@quinnemanuel.com

        *Attorneys for Defendant Fatih Akol*


By:  */s/ Teny Rose Geragos*
        Teny Rose Geragos
        **Brafman and Associates PC**
        256 Fifth Avenue 2nd Floor
        New York, NY 10001
        212-750-7800
        Fax: 212-750-3906
        Email: tgeragos@braflaw.com

        *Attorneys for Defendant Jacob O. Kingston*


4865-0596-3391, v. 2