Nafiz Cekirge (SBN 255710)
**RILEY SAFER HOLMES & CANCILA LLP**
100 Spectrum Center Drive, Ste 440
Irvine, CA  92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5501
Email: ncekirge@rshc-law.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli<br><br>Plaintiff,<br>vs.<br><br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve | Case No. 2:20-CV-09388-CAS-PDx<br><br>Hon. Christina A. Snyder<br><br>**SIXTH JOINT STATUS REPORT** |

| | |
|---|---|
| 1 | Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri; |
| 2 | |
| 3 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SIXTH JOINT STATUS REPORT

# SIXTH JOINT STATUS REPORT

Pursuant to the Court's Order dated November 16, 2022, Plaintiff Yalcin Ayasli and Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi; Fatih Akol; and Jacob Ortell Kingston, through their undersigned counsel, submit the following Sixth Joint Status Report.

1. Defendant Sezgin Baran Korkmaz is a defendant in a parallel criminal action styled *United States v. Korkmaz*, Case No. 21-cr-00140-JNP-JCB-1 (D. Utah). The criminal action against Korkmaz is still pending and is not expected to conclude in this reporting period.

2. As stated in the Parties' prior status reports, the United States District Court for the District of Utah entered Judgment on May 24, 2023, and May 25, 2023, in a parallel criminal action styled *United States v. Kingston, et al.*, Case No. 18-cr-365-JP-BCW (D. Utah) against Defendants Isaiah E. Kingston, Jacob O. Kingston, and Lev Aslan Dermen as follows:

   a. Isaiah E. Kingston: 144 months incarceration and $511,842,773.00 restitution, (Dkt. # 1514);

   b. Jacob O. Kingston: 216 months incarceration and $511,842,773.00 restitution, (Dkt. # 1516); and

   c. Lev Aslan Dermen: 480 months incarceration and $511,842,773.00 restitution. (Dkt. # 1518.) On June 5, 2023, Dermen appealed the judgment against him. (Dkt. # 1525.) On October 18, 2023, Dermen filed a motion for a new trial, which is still pending. (Dkt. # 1603.)

3. As also stated in the Parties' prior status reports, on March 29, 2023, the Government indicted Grigor Termendjian (Lev Dermen's brother) in another parallel criminal proceeding styled *U.S. v. Termendjian*, Case No. 2:23-cr-00119-DAK-1 (D. Utah). On September 12, 2023, the *Termendjian* action was transferred to the United States District Court for the Central District of California, Case No. 2:23-cr-00453-

1  JLS-1. (Dkt. # 1.) Trial is set for October 8, 2024, in that matter. It is the
2  Government's position that this civil matter remain stayed until the *Termendjian*
3  matter is concluded as well.

4    4. Because of the various ongoing parallel criminal proceedings, it is the
5  Parties' position that the current stay in this action remain in effect until the
6  completion of the trial court proceedings in the *Korkmaz* action. If the *Termendjian*
7  action is still pending at that time, the Parties will consult with the Government
8  regarding its request that the stay be continued until the completion of the
9  *Termendjian* action and advise the Court of the Parties' and the Government's
10 positions.

11    5. Per the Court's Order dated November 16, 2022, the parties will file a
12 Sixth Joint Status Report no later than October 14, 2024, regarding the status of the
13 parallel criminal actions.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Dated: July 11, 2024        Respectfully submitted,

By: */s/ Kevin M. Lally*
Kevin M. Lally (SBN # 226402)
**McGuireWoods LLP**
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071
Tel: 213-457-9862
Fax: 213-457-9882
Email: klally@mcguirewoods.com

*/s/ Robert H. Miller*
Robert H. Miller (*pro hac vice*)
**Sheehan Phinney P.A.**
1000 Elm Street, 17th Floor
Manchester, New Hampshire 03105-3701
Tel: 603-627-8145
Fax: 603-641-2005
Email: rmiller@sheehan.com

*Attorneys for Plaintiff Yalcin Ayasli*

By: */s/ Nafiz Cekirge*
Nafiz Cekirge (SBN # 255710)
**Riley Safer Holmes & Cancila LLP**
100 Spectrum Center Drive, Ste 440
Irvine, CA 92618
Tel:   949-359-5500
Fax:   949-359-5501
Email: ncekirge@rshc-law.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

By: */s/ Harvey J. Wolkoff*
Harvey J. Wolkoff (*pro hac vice*)
**Quinn Emanuel Urquhart and Sullivan LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: 617-712-7108
Fax: 617-712-7200
Email: harveywolkoff@quinnemanuel.com

*Attorneys for Defendant Fatih Akol*

By: */s/ Teny R. Geragos*
Teny R. Geragos
**Agnifilo Intrater LLP**
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: 646-205-4350
Email: teny@agilawgroup.com

*Attorneys for Defendant Jacob O. Kingston*

SIXTH JOINT STATUS REPORT