BUCHALTER
A Professional Corporation
KEVIN M. LALLY (State Bar No. 226402)
klally@buchalter.com
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017-1730
Tel: (213) 891-5053 (telephone)
Fax: (213) 896-0400 (facsimile)

**SHEEHAN PHINNEY**
ROBERT H. MILLER (pro hac vice)
rmiller@sheehan.com
1000 Elm Street 17th Floor
Manchester, NH 03101-3701
(603) 627-8 145 (telephone)
(603) 641-2380 (facsimile)

*Attorneys for Plaintiff Yalcin Ayasli*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YALCIN AYASLI

Plaintiff,

v.

SEZGIN BARAN KORKMAZ, *et al.*,

Defendants.

Case No. CV: 20-9388-CAS-PD

Honorable Christina A. Snyder

**EXHIBITS AA TO YY TO DECLARATION OF KEVIN M. LALLY IN SUPPORT OF PLAINTIFF YALCIN AYASLI'S MOTION FOR LIMITED LIFT OF THE STAY OF PROCEEDINGS**