# EXHIBIT AA

**U.S. Department of Justice**

*The Special Counsel's Office*

*Washington, D.C. 20530*

September 21, 2017

Sezgin Baran Korkmaz
Bebek Mah, Catalhoyuk Sok
Gunaydin 2 Apt., N.2, D.2,
Bebek, Istanbul, Turkey

Re: Grand Jury Subpoena

Dear Mr. Korkmaz:

Attached please find a federal grand jury subpoena commanding your appearance as a witness before a federal grand jury in Washington, DC. The subpoena directs you to appear on September 22, 2017 at 9:00am. The grand jury consists of sixteen to twenty-three persons from the District of Columbia and is responsible for inquiring into federal crimes that may have been committed in this District.

The grand jury is conducting an investigation of possible violations of federal criminal laws involving the Foreign Agents Registration Act, among other offenses. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you. Anything that you say can be used against you by the grand jury, in a court of law, or in subsequent proceedings elsewhere. Finally, if you testify, you have the right to have your attorney nearby, outside the grand jury room, and to consult with him or her at any time, within reason, during the proceedings.

Thank you for your cooperation in this matter.

Very truly yours,

ROBERT S. MUELLER III
Special Counsel

By: /s/
Zainab Ahmad
Senior Assistant Special Counsel
(202) 616-0800

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Columbia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Sezgin Baran Korkmaz
Bebek Mah, Catalhoyuk Sok
Gunaydin 2 Apt., N.2, D.2,
Bebek, Istanbul, Turkey

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
| --- | --- |
| U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 3rd Floor Grand Jury #17-1<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Friday, September 22, 2017, 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 9/17/2017

*CLERK OF COURT*

Signature of Clerk or Deputy Clerk

*The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:*

*Brandon L. Van Grack, Senior Assistant Special Counsel*
*Department of Justice – Special Counsel's Office*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*
*Phone: 202.514.0529*
*Email: bvg@usdoj.gov*

Subpoena #17-1/7140