UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli<br><br>Plaintiff,<br>vs.<br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri;<br>Defendant(s). | Case No.: 2:20-CV-09388-CAS-PDx<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING**<br><br>Hon. Christina A. Snyder<br><br>[Filed concurrently Stipulation]<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

///

///

**ORDER**

The Court has considered Plaintiff Yalcin Ayalsi and Defendant Sezgin Baran Korkmaz's Stipulation to Continue Hearing on Ayasli's motion to partially lift the stay in this action (Dkt. # 199).

Based on the Court's finding of good cause, the Court hereby **ORDERS** as follows:

1. The hearing on Ayasli's motion to partially lift the stay in this action (Dkt. # 199) is continued to August 11, 2025, at 10:00 A.M. by Zoom. Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.
2. Korkmaz's Opposition to the motion shall be due on July 21, 2025.
3. Ayasli's Reply, if any, shall be due on July 28, 2025.

DATED: July 14, 2025

By: _Christina A. Snyder_______

Hon. Christina A. Snyder
United States District Court Judge

4907-0949-5125, v. 1