Nafiz Cekirge (SBN 255710)
**BREWER, ATTORNEYS & COUNSELLORS**
750 Lexington Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 489-1400
Email: nafiz.cekirge@offitkuman.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yalcin Ayasli, | ) |
| Plaintiff, | ) Case No.: 2:20-CV-09388-CAS-PDx |
| vs. | ) |
| Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri, | ) **ELEVENTH JOINT STATUS REPORT** ) ) Hon. Christina A. Snyder ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendant(s). | ) ) |

- 1 -

## ELEVENTH JOINT STATUS REPORT

Pursuant to the Court's Order dated November 16, 2022, Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi; Fatih Akol; and Jacob Ortell Kingston, through their undersigned counsel, submit the following Eleventh Joint Status Report.[1]

1.      Defendant Sezgin Baran Korkmaz is a defendant in a parallel criminal action styled *United States v. Korkmaz*, Case No. 21-cr-00140-JNP-JCB-1 (D. Utah).   The criminal action against Korkmaz remains pending.

2.      As stated in the Parties' prior status reports, on March 29, 2023, the Government indicted Grigor Termendjian (Lev Dermen's brother) in another parallel criminal proceeding styled *U.S. v. Termendjian*, Case No. 2:23-cr-00119-DAK.  (D. Utah). On September 12, 2023, the *Termendjian* action was transferred to the United States District Court for the Central District of California, Case No. 2:23-cr-00453- JLS.  (Dkt. # 1.)  Trial is set for March 3, 2026, in that matter.  The Government's position is that this matter remain stayed through the *Termendjian* trial is over.

3.      On June 30, 2025, Ayasli filed a motion to partially lift the stay in this case. (Dkt. # 199.)  On August 25, 2025, the Court denied Ayasli's motion.  (Dkt. # 210.)

4.      On September 8, 2025, Ayasli filed a motion for reconsideration of the Court's denial of his motion to partially lift the stay. (Dkt. # 210.)  On October 3, 2025, the Court denied Ayasli's motion.

5.      Accordingly, this case remains stayed in its entirety.

6.      The parties will file a Twelfth Joint Status Report on or before January 23, 2026.

---

[1]      Plaintiff Yalcin Ayasli is not joining this status report but rather filing his own. Ayasli sought to insert information in the status report regarding certain proceedings in Türkiye.  In Korkmaz's counsel's view, this information is not the type of information that the Court seeks per its Order ordering status reports, (Dkt. 184), but rather is yet another attempt to malign Korkmaz in the eyes of the Court and the public.  When the parties reached an impasse on the inclusion of this information, Korkmaz's counsel suggested that Ayasli file his own status report.

ELEVENTH JOINT STATUS REPORT

Dated October 23, 2025

By:    /s/ Nafiz Cekirge
Nafiz Cekirge (SBN # 255710)
**Brewer, Attorneys & Counsellors**
750 Lexington Avenue
New York, NY 10022
Tel:  (212) 489-1400
Email: nnc@brewerattorneys.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*


By:    /s/ Harvey J. Wolkoff
Harvey J. Wolkoff (*pro hac vice*)
**Quinn Emanuel Urquhart and Sullivan LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: 617-712-7108
Fax: 617-712-7200
Email: harveywolkoff@quinnemanuel.com
*Attorneys for Defendant Fatih Akol*


By:    /s/ Teny R. Geragos
Teny R. Geragos
**Agnifilo Intrater LLP**
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: 646-205-4350
Email: teny@agilawgroup.com
*Attorneys for Defendant Jacob O. Kingston*

ELEVENTH JOINT STATUS REPORT