**BUCHALTER P.C.**
KEVIN M. LALLY (State Bar No. 226402)
klally@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
213.891.5053 (telephone)
213.896.0400 (facsimile)

**SHEEHAN PHINNEY**
ROBERT H. MILLER (*pro hac vice*)
rmiller@sheehan.com
1000 Elm Street, 17th Floor
Manchester, NH 03105-3701
(603) 627-8145 (telephone)
(603) 641-2380 (facsimile)

*Attorneys for Plaintiff Yalcin Ayasli*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YALCIN AYASLI,<br><br>Plaintiff,<br><br>v.<br><br>SEZGIN BARAN KORKMAZ; *et al.*,<br><br>Defendants. | Case No.: 20-CV-09388-CAS-PDx<br><br>**PLAINTIFF YALCIN AYASLI'S ADDENDUM TO ELEVENTH JOINT STATUS REPORT**<br><br>Hon. Christina A. Snyder |

**ADDENDUM TO ELEVENTH JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 16, 2022, the parties submitted a quarterly status report in the above-referenced matter earlier today (the Eleventh Status Report). Plaintiff Yalcin Ayasli ("Dr. Ayasli") requested the inclusion of the following insert, to which Defendant Sezgin Baran Korkmaz ("Korkmaz") objected:

1. Dr. Ayasli's Motion for Limited Lift of the Stay of Proceedings was based, in part, on the fact that Korkmaz was subject to potential extradition to Türkiye following the completion of his cooperation with the U.S. government against Grigor

Termendjian in the pending money laundering prosecution, *United States v. Grigor Termendjian*, No. CR 23-453-JLS. (Dkt. 199-200). At the time this motion was litigated, Korkmaz had two known pending criminal matters in Türkiye: (1) an undischarged 70-month term of imprisonment for his 2021 forgery and aggravated fraud convictions arising from a scheme to defraud a Turkish businessman; and (2) his indictment on money laundering charges for having knowingly laundered at least $133 million in U.S.-originated fraud proceeds into and/or through businesses and accounts in Türkiye.

2. In the weeks since this Court denied Dr. Ayasli's motion, Korkmaz's criminal exposure in Türkiye has expanded even further. Specifically, last Thursday (October 16, 2025), the Istanbul Chief Prosecutor's Office issued a press release in which it: (1) acknowledged the existence of an ongoing criminal investigation into Korkmaz, Korkmaz's longtime attorney Sinan Görkem Gökçe, Korkmaz's longtime business associate Çağlar Şendil, Şaban Kayıkçı – a former civil servant who has acquired multiple luxury properties owned or pursued by Korkmaz, including Dr. Ayasli's Nurosmaniye luxury retail property -- and three others for conspiring to form a criminal organization, money laundering, and usury in connection with Korkmaz's acquisition, ownership, and subsequent transfer of the Paramount Hotel; (2) announced that an arrest warrant had been issued for Korkmaz and that five of the other suspects, including Gökçe, Şendil, and Kayıkçı had been detained for questioning; and (3) stated that the Paramount Hotel, an ultra-luxury resort in Bodrum, Türkiye, had been seized in connection with this investigation. By the weekend, Gökçe and Şendil were formally arrested, while Kayıkçı submitted to house arrest.

3. This new development demonstrates that, notwithstanding Korkmaz's conviction(s) in the United States, Türkiye remains resolved to holding Korkmaz accountable for criminal conduct committed within its borders and nearly assures that Türkiye will aggressively pursue Korkmaz's extradition. As previously addressed in

Dr. Ayasli's Motion, if Türkiye's efforts are successful, Korkmaz, who is the lead defendant in Dr. Ayasli's Civil RICO case and whose U.S.-based criminal procceedings are the principal reason for the multi-year stay of this case, will be removed from this Court's jurisdiction to the extreme prejudice of Dr. Ayasli.

4. Korkmaz's counsel opposed inclusion of this information for the reasons stated in the footnote to the Eleventh Status Report.

5. Respectfully, under Korkmaz's reading of this Court's Order, the Status Report's inclusion of information regarding the government's prosecution of Grigor Termendjian, which does not address specific events in Korkmaz's criminal case, also would fall outside the scope of the Court's Order. However, this information has been included in the quarterly status reports for the past several years because it addresses, albeit obliquely, Korkmaz's cooperation in that matter, which, in turn, impacts the stay Order as the government wants the stay to remain in place pending the completion of this cooperation.

6. Just as the repeated inclusion of the Termendjian case updates have addressed material facts that impact Korkmaz's availability to presently participate in the above-captioned civil RICO case, the information regarding new criminal proceedings in Türkiye addresses material developments that further impact the likelihood of whether Korkmaz will be present and available to participate in this case when his cooperation in the Termendjian matter concludes. This information is directly germane to the stay, and for this reason, it has been included in this addendum.

Respectfully submitted,

By: *__/s/ Kevin M. Lally__*
Kevin M. Lally

*__/s/ Robert H. Miller__*
Robert H. Miller
*Attorneys for Plaintiff Yalcin Ayasli*