Nafiz Cekirge (SBN 255710)
**BREWER, ATTORNEYS & COUNSELLORS**
750 Lexington Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 489-1400
Email: nnc@brewerattorneys.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yalcin Ayasli,<br><br>Plaintiff,<br>vs.<br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri,<br>Defendant(s). | Case No.: 2:20-CV-09388-CAS-PDx<br><br>**STIPULATION TO CONTINUE HEARING & EXTEND BRIEFING DEADLINES**<br><br>Hon. Christina A. Snyder |

Plaintiff Yalcin Ayasli, by and through his counsel of record Kevin M. Lally, Esq., and Robert H. Miller, Esq., and Defendant Sezgin Baran Korkmaz, by and through his counsel of record Nafiz Cekirge, Esq., agree and stipulate to request that this Court extend certain filing and hearing dates as follows:

1. On March 9, 2026, Plaintiff Yalcin Ayasli filed a Notice of Motion & Renewed Motion to Partially Lift Stay of Proceedings Due to Material Changes (the "Motion"). (Dkt. # 219.)

2. The hearing on that Motion is currently noticed for April 6, 2026. (Dkt. # 219.)

The Parties hereby agree and stipulate that:

1. The hearing on the Motion is continued to April 13, 2026, at 10:00 a.m.

2. Korkmaz's Opposition to the Motion is due on or before March 25, 2026.

3. Ayasli's Reply in connection with the Motion shall be due on or before April 1, 2026.

Dated March 18, 2026

By: *_/s/ Nafiz Cekirge_*

Nafiz Cekirge (SBN # 255710)
**Brewer, Attorneys & Counsellors**
750 Lexington Avenue
New York, NY 10022
Tel: (212) 489-1400
Email: nnc@brewerattorneys.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

By: *_/s/ Kevin M. Lally_*

Kevin M. Lally (SBN # 226402)
**Buchalter**
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-5053
Email: klally@buchalter.com

Robert H. Miller (*pro hac vice*)
**Sheehan Phinney**
1000 Elm Street, 17th Floor
Manchester, NH 03101
Tel: (603) 627-8145
Email: rmiller@sheehan.com

*Attorneys for Plaintiff Yalcin Ayasli*