Nafiz Cekirge (SBN 255710)
**BREWER, ATTORNEYS & COUNSELLORS**
750 Lexington Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 489-1400
Email: nnc@brewerattorneys.com

*Attorneys for Defendants Sezgin Baran Korkmaz; SBK Holdings Anonim Sirketi; and Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri Anonim Sirketi*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yalcin Ayasli,<br><br>Plaintiff,<br><br>vs.<br><br>Sezgin Baran Korkmaz; Lev Aslan Dermen; Jacob Ortell Kingston; Isaiah Elden Kingston; Fatih Akol; Kamil Feridun Ozkaraman; Washakie Renewable Energy, LLC; SBK Holdings A. S., Inc.; SBK Holdings USA, Inc.; Bugaraj Elektronik Ticaret ve Bilisim Hizmetleri A.S.; Mega Varlik Yonetim A.S.; Alptekin Yilmaz; Olessia Zoubkova; Bukombin Bilisim ve Teknoloji Anonim Sirketi; Noil Energy Group, Inc.; Speedy Lion Renewable Fuel Investments, LLC; G.T. Energy, LLC; United Fuel Supply, LLC; Isanne, Biofarma Ilac Sanayi ve Ticaret A.S.; Blane Teknoloji Sistemleri Sanayi Ve Ticaret Anonim Sirketi; Stone Isi Yalitim Sanayi Ve Ticaret Anonim Sirketi; and Komak Isi Yalitim Sistemleri,<br><br>Defendant(s). | Case No.: 2:20-CV-09388-CAS-PDx<br><br>**ORDER RE: STIPULATION TO CONTINUE HEARING & EXTEND BRIEFING DEADLINES**<br><br>Hon. Christina A. Snyder |

The Court, having considered the parties' concurrently filed Stipulation and all other relevant matters on the record, and having found good cause, hereby **ORDERS** as follows:

1. The Zoom hearing on Plaintiff Yalcin Ayasli's Motion & Renewed Motion to Partially Lift Stay of Proceedings Due to Material Changes (the "Motion"), filed at ECF No. 219, is continued from April 13, 2026, to April 20, 2026, at 10:00 a.m. Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

2. Any Oppositions to the Motion are due on or before April 3, 2026.

3. Any Replies in connection with the Motion are due on or before April 10, 2026.

IT IS SO ORDERED.

Dated April 3, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE