**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YALCIN AYASLI, | No. 2:20cv09388 CAS (PDx) |
| Plaintiff, | **ORDER IMPOSING PROTECTIVE ORDER AND SEALING REQUIREMENTS** |
| v. | |
| SEZGIN BARAN KORKMAZ, *et al.*, | |
| Defendants. | |

The Court has fully considered the parties' Stipulated Request for Order, and for good cause shown:

**IT IS HEREBY ORDERED THAT** the following Protective Order shall govern how documents filed during the period when the partial lift of stay of proceedings is in effect are to be maintained, accessed, and used by the parties.

**IT IS FURTHER ORDERED THAT** all filings made during the period when the partial lift of the stay of proceedings is in effect shall be made under seal. Immediately below the title of each individual filing, the caption should state "FILED UNDER SEAL PURSUANT TO L.R. 79-5.2.1 AND MAY 7, 2026 PROTECTIVE ORDER" and also shall include a footer on each page, including

///

1

**ORDER**

exhibits, stating "filed under seal and subject to protective order." A copy of this Order shall be included as an exhibit to each filing.

**IT IS FURTHER ORDERED THAT**, during the period when the partial lift of stay is in effect:

a.     Counsel of record shall maintain possession of all copies of the sealed filings that are subject to this Order;

b.     Counsel of record shall limit disclosure of sealed materials covered by this Order to members of that party's Trial Team. The Trial Team is defined to include counsel of record, the client, other attorneys and staff members who are assisting in the representation of the client, and any third parties who are necessary to assist counsel of record in preparing the procedural and jurisdictional briefs that are permitted to be filed during the time when the partial lift of stay of proceedings is in effect;

c.     Counsel of record shall provide a copy of the Protective Order to any member of the Trial Team with whom sealed documents subject to this Order will be shown or discussed and secure that individual's assent to be bound by the terms of the Protective Order prior to protected materials being shared with that individual. Counsel of record shall maintain a log documenting the Trial Team members who have assented to be bound by the Protective Order and when such assent was obtained; and

d.     During the period when the Protective Order is in effect, any member of the Trial Team who has reviewed a sealed filing subject to this Order must maintain the confidentiality of the filing and is prohibited from disseminating the filing or divulging the substance of the filing to

///

2
**ORDER**

any individual or entity who is not a Trial Team member who has agreed to be bound by the terms of the Protective Order.[1]

**IT IS FURTHER ORDERED THAT** the Protective Order is to be of limited duration and will remain in effect, absent further order of this Court, through the completion of the guilt phase in *United States v. Grigor Termendjian*, No. CR 23-453-JLS (C.D.Cal.) and the sentencing hearing in *United States v. Sezgin Baran Korkmaz,* No. CR 21-140-JNP (D. Utah). The parties are to jointly notify this Court within seven days of when the latter of these two events has occurred.[2]

**IT IS FURTHER ORDERED THAT** all such filings covered by this Protective Order will remain under seal and subject to the Protective Order until such time that the Court fully lifts the stay of proceedings, at which time all sealed filings submitted pursuant to the terms of this Order will be unsealed unless a party establishes, in advance of this deadline, a compelling justification for maintaining a particular document under seal.

The Court retains jurisdiction to resolve any disputes regarding the application or interpretation of the Protective Order.

**IT IS SO ORDERED.**

DATED:  May 7, 2026

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] The Protective Order does not extend to the parties' interactions with the Court or government.
[2] Should the Korkmaz Criminal Action remain sealed through Korkmaz's sentencing, Korkmaz's counsel is to notify the Court of this event within a week of its occurrence.

3
**ORDER**