# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Yalcin Ayasli

Plaintiff(s)

v.

Sezgin Baran Korkmaz, et al.

Defendant(s)

CASE NUMBER

2:20-cv-09388-CAS-PDx

## ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

☐ The Court hereby orders that the request of:

_Name of Party_ ☐ Plaintiff ☐ Defendant ☐ Other

☐ to substitute who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_Street Address_

_City, State, Zip_ _E-Mail Address_

_Telephone Number_ _Fax Number_ _State Bar Number_

as attorney of record instead of

_List **all** attorneys from same firm or agency who are withdrawing._

is hereby ☐ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of Harvey J. Wol koffand Diane Cafferata

_List **all** attorneys from same firm or agency who are withdrawing._

to withdraw as attorney of record for De fe ndant F atih A kol

is hereby ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated June 30, 2026

Christina A. Snyder

U. S. District Judge